UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:21-CV-00044

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>) **ORDER**<br>APPROXIMATELY $935,754 IN )<br>UNITED STATES CURRENCY SEIZED )<br>FROM SENECA AVERY MOORE ON )<br>MAY 16, 2020 IN MONROE, NORTH )<br>CAROLINA. ) | |

**THIS MATTER** comes before the Court on the Government's Motion for Entry of Default Judgment (Doc. No. 8). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and **ORDERS** as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as the to the following property:

- **$935,754 in United States Currency seized from Seneca Avery Moore on May 16, 2020 in Monroe, North Carolina**.

**IT IS FURTHER ORDERED THAT** all right, title and interest in the following property, whether real, personal, mixed, has therefore been forfeited to the United States for disposition according to law:

- **$935,754 in United States Currency seized from Seneca Avery Moore on May 16, 2020 in Monroe, North Carolina**.

**SO ORDERED.**

Signed: April 9, 2021

*Max O. Cogburn Jr.*
United States District Judge